Pleasant Valley State Prison
Alan Adams, #H-86005
B5-224u
P.O. Box 8500
Coalinga, CA. 93210



Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA. 94102

new case

INSPECTED BY
MAR 08 2017
U.S. MARSHALS SERVICE

RECEIVED
MAR -8 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS MAIL GENERATED FROM PLEASANT VALLEY STATE PRISON

c/o Rumens

3/5/17