

RECEIVED

MAR 10 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C V 17 1289

KAW

(PR)

Dear Clerk,

I have the funds available for the filing fee, but the prison does not allow me checks or money orders. I must speak to my counselor, but we are on a lockdown right now. I will have the money sent as soon as circumstances allow.

Thank You