UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN EDWARD ADAMS,<br>　　　　Petitioner,<br>　　v.<br>SCOTT FRAUENHEIM,<br>　　　　Respondent. | Case No. 17-cv-01289-EMC<br><br>**JUDGMENT** |

This action is dismissed without prejudice to Petitioner filing a civil rights complaint to assert his claims regarding California's youthful offender statutes.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 14, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge