United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN EDWARD ADAMS, <br> Plaintiff, <br> v. <br> SCOTT FRAUENHEIM, <br> Defendant. | Case No. 17-cv-01289-EMC <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/14/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Edward Adams
H-86005
Pleasant Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: 6/14/2018

Susan Y. Soong
Clerk, United States District Court

By: Leni Doyle-Hickman, Deputy Clerk to the
Honorable EDWARD M. CHEN